**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GULF COAST MARITIME SUPPLY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-1461 (TSC) |
| | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Before the court are Plaintiff Gulf Coast Maritime Supply, Inc.'s Motion for Preliminary

Injunction (ECF No. 7) and Defendants' Motion to Dismiss for lack of subject matter jurisdiction

(ECF No. 11).  Upon consideration of the parties' motions and the arguments presented by

counsel at the hearing held on October 6, 2016, and for the reasons set forth in the accompanying

Memorandum Opinion, Defendants' motion to dismiss is GRANTED and Plaintiff's motion for

a preliminary injunction is DENIED.

This case is therefore DISMISSED WITH PREJUDICE.

Date:  October 25, 2016

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge